

# Invest in the fastest growing market platform on the planet today.

Invitation by application only

**EXHIBIT 1**

# The opportunity

With Amazon's 87.4 billion of revenue last quarter, growing 20% year over year, and with trillions of dollars moving to the online space while brick and mortar stores declare bankruptcy, we face an unprecedented opportunity.





# How it works

Done For You by Just One Dime is a turnkey service for investors with capital who want to make their money work for them with strong returns.

Our team turns your investment into a full blown business on Amazon which we manage end-to-end, making it a passive investment for you.



# What we do

Using our 50+ years of combined experience, we launch, manage, and grow your Amazon brand into **monthly cash flow** with the option for a **10-30x exit** within a few years.

Or, you keep it as a passive investment that produces monthly cash flow.

Note: this is *not* drop-shipping. We are building your Amazon store into a brand that spikes the value far beyond a drop-ship operation.

***Your network is your net worth.*** ~ Tim Ferriss



You invest.

We build.

**Together** we make money.



# Who we are looking for

Investors who are…

- Fun to work with
- Interested in long term growth
- Have capital to scale huge

Our long term goal is that this relationship flourishes into future opportunities to build businesses, invest, and impact the world with you.



# Our strategy

We launch only high ticket products with strong margins. The vast majority of Amazon sellers go for low ticket items.

We dominate the first pages of search result with aggressive PPC and product variations.

We launch products in categories we have vast experience in, so we know the market.

We do not play the volume game, we play the profit game! Instead of going for high sales velocity at razor thin margins, we sell products with huge profit chunks per sale.



# One of our latest stores: Almost $20,000/day

|  | Ordered product sales | Units |
|---|---|---|
| Today | $18,635.49 | 477 |
| 7 Days | $137,719.61 | 3,342 |
| 15 Days | $326,729.47 | 7,161 |
| 30 Days | $584,319.55 | 14,322 |



# Another one of our stores: $500,000+ in 30 days





# Who is Just One Dime?

We manage over **100 million** in annual revenue for Amazon stores.

Were invited by **BMW** to grow their Amazon store.

Were invited by **two countries** to train their top businesses in online selling.

Amazon flew Seth Kniep, our co-founder, to their headquarters in Seattle to consult on improving their third party platform.

We run the Amazon store for Kevin Harrington, one of the sharks from the **Shark Tank TV show**.



# Cash flow example: per product

Let's say we launch a product that sells for **$100**.

**$60** goes to all your product costs and Amazon fees:

- **-$15** manufacturing & shipping
- **-$15** Amazon referral fee
- **-$15** to Just One Dime
- **-$10** PPC
- **-$5** FBA fee
- **= $40 profit to you**



# Cash flow example: year-over-year

*For every $1 you invest, we can turn it into **$2-$4 profit** over 12 months at an ROI of **200-400%**.*

**Scenario 1**

You invest **$1 million**. Let's assume a conservative **200% ROI**.

We launch **50 products** ($20,000 per product, all in) at a conservative **$100,000** annual revenue per product at **40% margin**.

We generate **$5 million in 12 months at 40% net = $2 million profit**.



# Cash flow example: year-over-year

**Scenario 2**

You invest **$5 million**.

Let's again assume a conservative **200% ROI**.

We launch **250** products, at a conservative **$100,000** annual revenue per product at **40% margin**.

We generate **$25 million in 12 months at 40% net = $10 million**.

If each product generates **$250,000** your ROI becomes **500%**, generating **$62.5 million in revenue at $25 million net**.



# Sales dashboard example



| Red Swan Sales Dashboard 2020 | Total | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales Revenue** | $ 7,312,257.01 | $ 34,144.01 | $ 42,139.11 | $ 74,127.29 | $ 135,002.24 | $ 157,325.27 | $ 254,450.90 | $ 305,341.17 | $ 458,010.03 | $ 641,214.39 | $ 1,090,063.00 | $ 1,526,088.87 | $ 2,594,350.73 |
| **Product Costs** | | | | | | | | | | | | | |
| Manufacturing | $ (748,300.51) | $ (9,009.45) | $ - | $ (24,739.00) | $ - | $ (15,733.33) | $ (83,259.00) | $ - | $ - | $ (615,559.73) | $ - | $ - | $ - |
| Shipping | $ (32,242.38) | $ (1,386.64) | $ - | $ (3,235.01) | $ - | $ (1,072.02) | $ (3,701.43) | $ - | $ - | $ (22,847.28) | $ - | $ - | $ - |
| Amazon Referral | $ (1,094,333.79) | $ (4,650.12) | $ (5,761.33) | $ (11,010.85) | $ (20,845.23) | $ (23,145.67) | $ (38,469.17) | $ (45,162.88) | $ (67,243.66) | $ (96,469.11) | $ (163,509.30) | $ (228,913.73) | $ (389,152.74) |
| Amazon FBA | $ (379,894.09) | $ (1,550.77) | $ (1,915.15) | $ (3,365.22) | $ (6,150.51) | $ (7,150.23) | $ (11,565.55) | $ (13,878.76) | $ (20,817.03) | $ (31,191.90) | $ (76,524.23) | $ (76,781.71) | $ (129,003.03) |
| Amazon Refund Fee | $ (10,794.08) | $ (37.00) | $ (42.33) | $ (173.39) | $ (331.12) | $ (512.73) | $ (418.18) | $ (501.60) | $ (765.32) | $ (1,071.22) | $ (1,713.16) | $ (2,226.91) | $ (3,001.12) |
| PPC | $ (780,034.67) | $ (21,728.43) | $ (13,025.00) | $ (16,173.36) | $ (17,231.88) | $ (24,313.91) | $ (31,319.07) | $ (34,450.90) | $ (37,895.00) | $ (52,462.00) | $ (128,823.01) | $ (167,301.11) | $ (235,311.00) |
| JOD 15% | $ (1,096,838.55) | $ (5,121.60) | $ (6,320.87) | $ (11,119.09) | $ (20,250.34) | $ (23,598.79) | $ (38,167.64) | $ (45,801.18) | $ (68,701.50) | $ (96,182.16) | $ (163,509.45) | $ (228,913.33) | $ (389,152.61) |
| **Total Product Costs** | $ (4,142,438.07) | $ (43,484.01) | $ (27,064.68) | $ (69,815.92) | $ (64,809.08) | $ (95,526.68) | $ (206,900.04) | $ (139,795.32) | $ (195,422.51) | $ (915,783.40) | $ (534,079.15) | $ (704,136.79) | $ (1,145,620.50) |
| **Profit** | $ 3,169,818.94 | $ (9,340.00) | $ 15,074.43 | $ 4,311.37 | $ 70,193.16 | $ 61,798.59 | $ 47,550.87 | $ 165,545.85 | $ 262,587.52 | $ (274,569.01) | $ 555,983.85 | $ 821,952.08 | $ 1,448,730.23 |
| **Profit Margin** | 43.35% | (27.35%) | 35.77% | 5.82% | 51.99% | 39.28% | 18.69% | 54.22% | 57.33% | (42.82%) | 51.00% | 53.86% | 55.84% |
| **ROI** | 76.52% | (21.48%) | 55.70% | 6.18% | 108.31% | 64.69% | 22.98% | 118.42% | 134.37% | (29.98%) | 104.10% | 116.73% | 126.46% |
| **One-Time Costs** | | | | | | | | | | | | | |
| Product Launch Fee | $ (100,000.00) | $ (20,000.00) | | | | | $ (40,000.00) | | | $ (40,000.00) | | | |
| Photography | $ (15,000.00) | $ (3,000.00) | | | | | $ (6,000.00) | | | $ (6,000.00) | | | |
| Graphic Design | $ (1,107.00) | $ (337.00) | | | | | $ (770.00) | | | | | | |
| Product Inspection | $ (797.00) | $ (224.00) | | | | | $ (573.00) | | | | | | |
| Branded Website | $ - | | | | | | | | | | | | |
| | $ - | | | | | | | | | | | | |
| | $ - | | | | | | | | | | | | |
| | $ - | | | | | | | | | | | | |
| | $ - | | | | | | | | | | | | |
| | $ - | | | | | | | | | | | | |
| **Total One-Time Costs** | $ (116,904.00) | $ (23,561.00) | $ - | $ - | $ - | $ - | $ (47,343.00) | $ - | $ - | $ (46,000.00) | $ - | $ - | $ - |
| **Total Costs (Product + One-Time)** | $ (4,259,342.07) | $ (67,045.01) | $ (27,064.68) | $ (69,815.92) | $ (64,809.08) | $ (95,526.68) | $ (254,243.04) | $ (139,795.32) | $ (195,422.51) | $ (961,783.40) | $ (534,079.15) | $ (704,136.79) | $ (1,145,620.50) |
| **Net Profit** | $ 3,052,914.94 | $ (32,901.00) | $ 15,074.43 | $ 4,311.37 | $ 70,193.16 | $ 61,798.59 | $ 207.87 | $ 165,545.85 | $ 262,587.52 | $ (320,569.01) | $ 555,983.85 | $ 821,952.08 | $ 1,448,730.23 |






# Book a meeting with our team today.

