**Gmail**                                                                                    **Travis Krichman <travis.krichman@gmail.com>**

## You're booked! — read this before your meeting
1 message

**Seth from Just One Dime** <seth@justonedime.com>                                                  Thu, Sep 17, 2020 at 6:44 PM
To: travis.krichman@gmail.com

## Stuff you need to know before the meeting

Travis, make sure you read through these crucial notes *before* your meeting so you can come to this meeting equipped with a strong understanding of how the **Done For You** by Just One Dime program works.

**The kind of investors we are looking for.**

- We received over 500 applicants in one week after sending just 2 emails. Only 10% of those applicants were invited to book a meeting with us.
- Of those 10%, just a portion of those will be approved for this program.
- We want to work with long-term thinking people with capital to invest who are fun to work with.

**Responsibilities.**

- We build the Amazon business for you.
- You invest your capital.
- We invest our time and 50+ years of combined experience to accomplish in months what takes most Amazon sellers 3-6 years to learn.

**Ownership**.

- You own the business 100%. If you choose to sell it for a massive exit, we receive 15% of the sale. All money from Amazon goes directly into your bank account. We invoice you for all due fees.

**Your fees**.

- $3,650 annual fee for us maintaining your Amazon store. This is due 12 months after signing the agreement and every 12 months thereafter. It breaks down to $10/day.
- $10,000 fee per product launch. Again: this does *not* include the cost of the product itself which is on average $5,000 - $10,000 per product. The goal is that after we launch the product you don't have to put additional capital into that product as it becomes self-sustaining *and* extremely profitable.
- 15% of your sales revenue. We invoice you every three months after product launch so your store has a chance to generate profit first.

**Your profits**.

- Let's say we launch a product that sells for $100.
- $60 goes to all your costs, leaving you with $40 of profit.
    - –$15 manufacturing & shipping

# EXHIBIT 2

- –$15 Amazon referral fee
- –$15 to Just One Dime
- –$10 PPC
- –$5 FBA fee
- **= $40 profit to you**

- We only sell higher ticket products with strong profit margins (30%-60% on average).
- Usually it takes 3-6 months to start seeing profits.

**Communication**.

- You meet with your Amazon Brand Builder once a week over video chat to ask any questions you have and for them to show you the progress, share product ideas, forecast profit margins, and give you an understanding of what to expect. We don't invest in any product without your 100% approval.
- You chat your Amazon Brand Builder any time you want throughout the week with any questions you have.

We are interested in long term massive growth. We are looking for long-term thinking investors who have the vision to build something huge with us.

## Introducing your Amazon Brand Builder

I want to introduce to you my team member, Brett George, whom I've asked to meet with you. If you are approved for this partnership, Brett will be your **Amazon Brand Builder**. This means he's your point of contact for everything while I and my team in the Just One Dime offices as well as our staff in China work hard behind the scenes to get your Amazon business built fast and profiting.



**A little about Brett:**

Brett married his high school crush and together they have 3 amazing kiddo's, 2 dogs, and a cat. Brett has been selling online for over 13 years and has experienced massive success in affiliate marketing, wholesaling, and private label brand building. He also readily admits that he has experienced failures and learned valuable lessons from these "What Not To Do's!". Brett began selling on Amazon since 2016.

Brett joined Just One Dime as a student in 2017, became a Just One Dime Amazon coach in 2018, and since then, has helped hundreds of entrepreneurs just like you to successfully start, build, and scale their brands and ecommerce stores across multiple online sales channels.

In the past 5 years alone, Brett has scaled some of the most competitive niches and successfully built out multiple of his own personal brands, secured intellectual property in the form of an 18-claim utility patent, and received a $16 million dollar offer for one of his businesses.

Travis, my team is looking forward to getting to know you and seeing if this is a good fit.

Kniep'n it real,
Seth

