# Transcript of YouTube Video

# "Amazon Automation | FBA business run for you?!"

# Streamed live on Jul 31, 2020

https://www.youtube.com/watch?v=5aIIFqCW2ec

0:00   Make sure you go to YouTube.com/justonedime. Today, we have a ton to cover and a lot to talk about, a lot of you guys have been emailing saying: "Seth, tell us about the Amazon Automation Program that you guys started." You've probably seen some ads from other people on this. You've probably heard a lot of talk. The only thing we have done is sent two emails. We had over 500 freaking applications during that time. So I want to make sure you guys understand exactly what this is and what it is not. This is really important. Let me just tell you guys up front, this will not work for you if you do not have a good chunk of capital to invest. Just letting you know that now you have to have capital to invest, OK, any time you want to run a business, you look at your five assets. You have people, time, knowledge and money, your four assets. There's a fifth, but we'll talk about it later. When you look at these assets, if you have a lot of time, then it's best to learn how to do the business yourself if you don't have a lot of money. If you have capital over here and you're like: "You know what? I want to invest in something that is the fastest growing sector in the U.S. right now." Then you invest your money instead of your time. Your time is more important than your money. I get it. When you first start out, you're probably thinking money is the most important. That's what I thought. But as I have grown, I have learned it would better for me to spend an hour selling an Amazon than an hour mowing my lawn. Because if I pay someone $25 an hour to mow my lawn, I can make a lot more in an hour selling an Amazon. See what I mean? That's the concept. So I'm going to start by answering the

**EXHIBIT 3**

most common questions we have. Then I'm going to be taking all the questions here in chat on Instagram, as well as YouTube, as well as Facebook and all the other places that we are live right now.

1:41    And I'm going to say thank you so much to the tech team for setting this up to make this possible. So you guys doing all right? Everybody doing good? Good to see you guys. What's up, Instagram as well? Again, this is on YouTube as well. Youtube.com/justonedime, if you want to watch it there.

1:55    Okay, so what is the Done For You program by Just One Dime? We take our 50 plus years of combined experience and we build an Amazon store for you. That's what this is. You invest and we build. You spend the money, so we grow the money. It is like an investment. Imagine if you are an angel investor, a real estate investor, a stocks investor, a traditional investor, you're investing your money in an opportunity. And it is the fastest growing sector in the U.S. right now, partly due to COVID 19. A lot of people said: "Man, COVID 19, it's the end of my business." No, it's not. It's the beginning of opportunity. Now I've always chosen to have that mentality over any challenge that comes my way, and it has served me well and I strongly urge you to take on that same mentality, likewise. So here's what happens.

2:50    We take our team and I'm talking about a full blown team. You get one contact and that person works with you in a slack group and they build the store for you. You don't lift a finger. Now I'm going to give you a lot more details on this. But just keep in mind that when you do this, it is your business, 100%. We do not own it. It is your business. So you're investing. It is your business. We grow it for you.

3:16    Now you have two options, you could say: "Well, you know what Seth, I'd rather take the time to learn it myself." And for many of you guys, that is the best option. And Amazon FBA Master is perfect for that. Where we train you, how to do it. This is

different. Instead of taking years to learn what we know, if you would rather invest, we do the hard work. We've made the mistakes, we know the ins and outs. We understand what it takes to get an Amazon account unsuspended. How to get rid of hijackers, how to grow a brand, how to turn it around and sell it for millions. We know how to do that because we do it all day long. So that's what this is.

3:50   Now, I'm going to go into very specific questions here. Keep in mind, you can turn around and sell this business for – this is not an exaggeration – 50 times your investment. 50 times! That is an understatement. And let me explain why. When you see the word Amazon Automation out there, every single person offering this that I know of is not offering what we are offering. And let me explain the difference.

4:15   They're offering to you a dropship model. Let's pull back the curtain and be super real right now. When you do a dropship model, your margins are very thin and you have zero brand value. So any claims to be able to take a business like that and sell it for big ticket is a lie. OK? I know this because I sell on Amazon. I've been doing this for years and I work with some of the best Amazon sellers on the planet. Many of our students now make several million a month. Let me say it again. Many of our Amazon students now make several million a month. OK? So we know this business. Dropship is not a bad business, but you need to understand all you're doing is someone buys an Amazon, FBM, and then you or your team go over to Walmart, you order it and have them ship it to the customer.

5:01   Now, obviously, apart from the inherent risks this cause for your Amazon store, if you later say: "Hey, I want to sell this to someone." The chances of a smart investor wanting to buy that are very slim because you don't control the brand, you're selling whirlpool products. Milwaukee, Nike. See what I mean? These are not your products. Therefore, those brands have control of your business. Therefore, you have no brand value at all.

It is as Tim Ferriss said so well, he said: "Your net worth is your network." What we do is different. We actually build the Amazon store for you. We build the brand. That way you actually have… You actually get value out of it. Like you literally have a brand that you can grow and scale. And people will spend a ton of money if there's love for the brand. And it's your own brand, it's your own store.

5:54   And the reason we do this is because it gives us an opportunity to scale faster. A lot of people say: "Well, why would you do this, Seth? Why would you take the time to build an Amazon store for someone else and not for yourself?" I'll tell you exactly why. Tell me… Raise your hand if you know who Robert Kiyosaki is? Anybody? Who knows who Robert Kiyosaki is? OK. His team, Tom Wheelwright, Karen Manahan is the same team that does our tax advice. It was extremely hard to convince them to do ours. We had to fight hard for that. And we got it. So what I'm about to share with you is coming from Robert Kiyosaki's team. In other words, what Robert Kiyosaki, of a huge majority of what he has learned about taxes and real estate and investments, is coming from the same people who teach us. OK? That is our team behind the scenes taking care of it. If you don't believe me, then go to Wheelwright, Manahan, look them up. They're on the internet. And if you apply, chances are they will put you in with one of the many, like 40 plus different other partners. We got to go with them, the source. OK? So what I'm about to share, this is from Robert Kawasaki's team, who does our taxes. You ready?

7:02   He said: "If you want to grow your business huge, don't just use your own money, use other people's money." And he's exactly right. And if anyone out there says: "Oh, that sounds so selfish." Well, you need to understand capitalism. This is actually a benefit for both parties. In other words, you're going to have some capital tied up in inventory. The key is you want to get it liquid so you can grow it. So we realize: "Wait a minute, we can grow so much faster if we invest other people's money and they don't have to

lift a finger or make the mistakes or worry about in an account getting suspended because we're the experts doing the work." In other words, we're taking our 50 plus years of experience and failures, and we're combining all of that to invest in your money, to grow it. OK.

7:45    So I want to give you guys perspective what happened. We sent out only two emails. We never went public about this, other than a few comments here and there on Instagram, which I haven't even been active on very much lately. We just sent two emails. That's it. And we had over 500 applications in ten days. And of those applications, only 10% turned in the meetings. You have to qualify for this. We're not just doing this with anyone. We're not interested in the upfront fee as much as we are in the long term growth. So we're not like: "Oh, we got to get you to do this." No, no, no. You got to prove yourself. You got to show us that you are qualified for us to take the time, that will never get a refund on. By the way, you can lose money, you can get it back. You don't ever get time back that you lose. That's a very important concept if you want to grow your life and your wealth and your dreams. That's extremely valuable.

8:35    So what we do is we take the time to build this brand for you by investing the capital, you provide. Now, let me give you more detail specifically, on this. Of the 500 applicants, over 500, only 10% got to turn into a meeting. Of that, only a percentage do we approve. Every single person we met with up to this point was like: "Yeah, this sounds like an amazing idea." But it doesn't always mean we say yes because it has to be the right person.

9:04    "Well, Seth, what kind of people are you looking for?" There are three qualifications. Number one, are you the kind of person who's actually fun to do life with? Like, it may sound funny, but I am not going to do business with someone who's negative. I'm not

going to do business with someone who's a whiner. I'm not going to do business with someone who I don't like. Because business is kind of like a marriage. You're going to spend a lot of time with that person, so you're better like that person. Because, you know, you're not always going to like them. If for those of you guys who have a spouse that you've always like, you're probably in a dream or something because no spouse is always perfectly likable. Or maybe they are. And you just like the perfect spouse. I don't know. But it is like a marriage. In fact, the two most common reasons any marriage falls apart, the reason they go into divorce is communication and money, which are the two biggest priorities we prioritize in this relationship. Transparency about all money and communication has to be on one platform, which is a slack group and super clear. We don't do phone calls and then text and then WhatsApp, and then WeChat and everything's scattered and you get people saying: "Who said?" Well, we don't do that. It all has to be in one place. I've been in enough business partnerships, great ones and bad ones to know money and communication are the two most important things you have to treasure and be transparent about and emphasize for this to work.

10:22    Now who owns the business? You own it 100%. But if we sell it for 50 times the investment, we get 15% of the sale. And you control the business, you could say: "I want to sell it in six months." We don't recommend it. ==Because you're not going to get huge in six months. You get big, but not huge.== We recommend waiting a few years, or you can keep it as a cash flow income machine that just keeps making you money.

10:45    What are my fees? Let me talk about fees now. This is exactly what you need to know if you are interested in us building an Amazon brand for you. And like I said before, this is only for people with capital. So prepare yourself. You ready? It is $10,000 fee per product. That does not include the cost of the product. You have to pay $10,000 per product. Now let me explain what that includes. That means we find the product. We

build out a plan of differentiation. We find suppliers, we negotiate with suppliers, we take care of a mold being created if needed. We take care of retail packaging if needed. We have it shipped to Amazon's fulfillment center. We build the listing, we add the photos, we split test, we run PPC. We do the whole thing and start making money together. So for us to take our time, which we value highly and our entire team behind the scenes working for you, it is a $10,000 fee per product and you have to start with three. So your minimum upfront investment is $30,000, no less.

11:43    I don't want you sending me the last pieces of money you have and going broke. Don't do it, OK? Only do this if you have capital and you're like: "Yep, I want to grow this capital. I'm going to make millions." We can get there. We know how to do it. We've been doing this for years. But that's just the beginning of this. Let me explain all of them to you. Talk about transparency. Here we go.

12:03    15% of total sales revenue do every three months goes to us. Now I'll explain why we don't do profit and it's actually in your favor. It may not seem like that. I will explain that in a minute. So let's say you do $100 in sales. Then we get $15 from that sale and we only require it every three months. So it gives your product a chance to make profit because if you break even you're not going to like this, you have to make money. ==This is why we only go for high ticket items at a minimum of 40% profit margin that way for every $100 of sales, ideally, you are getting $40.== We are getting $15. If you go with a lower ticket item, anything below like $70 or even sometimes $50, it's really hard to get those kinds of margins. It is not worth your time and not ours. Why? Because we will not sacrifice our credibility for money. It takes years to build the credibility we have, compared to all the so-called gurus out there who claim Amazon Automation, and all they want is an upfront fee, then they don't give a crap about you. You yet you

can lose your reputation in five minutes. So we will not sacrifice our reputation for money, but we do want to make money and we want to make it with you.

13:08   In fact, one of the reasons we're doing this, guys, is we are dream for the longest time. And we said this way back at Summit in Las Vegas 2018. We shared this in 2019 in Los Angeles. We shared at the Just One Dime summit 2020, the online one. Our dream is to build a huge network of entrepreneurs who can change the world. We can invest together. We can have our products together. We can come out with so many amazing ideas. Literally, we can give back and change lives. Like, there are so many things we can do. The investments right now that we're doing in Mexico, they're about to do in Colombia, like the opportunities are endless. So that is our long term dream, but one of the best ways to figure out what someone is like, you do business with them, and then all of a sudden you see all the good and all the bad, and that's awesome. And don't worry, we're not mean people, we're gracious, but at the same time, the standards are high. So let's go back. What are the fees? $10,000 fee per product we launch. That does not include inventory costs. OK? You have to pay for those. You're the business owner.

14:09   Number two, 15% of sales revenue. For every $100 of sales, we get 15%. And ideally, and I'll explain this in a minute, you get 40%. That's our goal. Minimum 40% profit margin.

14:22   Number three and this one's tiny, but it's worth it. You knowing, is there is an annual $3650 fee, which breaks down to $10 a day, for us, doing things like managing your store, responding to customer messages, taking care of A to Z claims, credit card chargebacks, Amazon requesting for commercial invoices. All of that. That's all the fees. There are no other fees. OK, there we go.

14:44   Now what business costs do you have to cover as the business owner? Let me be really upfront about that. For each product, a safe range is five to ten grand. Why that much?

I'll tell you exactly why. Number one, because you need higher ticket items for you to get profitable. If we're taking 50% revenue and you're not making profits, you're going to walk out. And by the way, either party can walk out with a 90-day notice at any time. They can do that. There's nothing holding you back from doing that. But you don't want to do this if you're not going to make money. So we have to go for higher ticket items. So each product cost is around five to ten grand per product.

15:23 Now we've had people who've applied for this and they have millions. Some have said: "Look, I will invest over 500,000 to start." And what we do is we say: "Well, hold on. Where do you want to be five years from now? Where do you want to be ten years from now?" There's others who have invest, who've started and they're like: "Seth, I got millions to invest. Where do I start?" And what we do is every person is different dreams, so we try to find out where you want to be 5, 10, 20 years from now. And we reverse engineer it backwards based on where you want to be and the capital you have to invest. So just keep that in mind. This is not like a cookie cutter thing where it's one size fits all. Not at all. It has to tie in to your desired lifestyle.

16:04 Now, for any other things like, let's say, a product inspection, photography. Think of the kinds of things that you would normally outsource, you have to pay for those. Those are not included in the $10,000 fee. The $10,000 fee is for us doing the work. But for photography, you would pay for that. If there's an inspection, it's like $200 to $300 you'd pay for that. Photography could be anywhere from $500 to $5000. It depends on the complexity of the product. And again, we would give you options and we do it on a case by case basis.

16:31 Now someone's going to ask this question. So I'm going to be straight up. "Seth, I really would need to know if this works for me. What are my profits?" Well, I'll tell you. Let's just say we were to launch headphones for $100. I, right now, they're

headphones sitting at my desk, I can get those exact headphones from a supplier in China for $15 a piece that includes shipping. So take your $100, remove $15 for manufacturing and shipping. Remove $15 for the Amazon referral fee. Remove $5 for your FBA fee. And let's just assume a really high PPC fee of $10 per sale. ==Now, obviously, a lot of your sales are organic.== You don't even have to pay the $10 PPC fee, but let's just assume that. That leaves you with a $40 profit. That is the kind of scenario we are talking about. And again, we only go for high profit items, high ticket items to make that possible.

17:22   "Seth, what do you do, though, if you launch a product that fails?" So are there risks? Absolutely! But let's just say we did fail in a product and it could happen. Absolutely. You can lose every penny. And if you're not comfortable with that, this isn't for you. This is how entrepreneurs think. When I started selling an Amazon, I had to accept, I could lose every penny. And after you lose every penny, if you do, you have to decide if I have to keep going or not. ==Now again, your chances of that happening are low, but you have to divorce yourself from the money.== I am telling you one of the biggest mistakes entrepreneurs make is they're so like this with their money, and they're so insecure without it. They have to relax, say: "Wait a minute. I set this aside. Chances of it making money very high. Could I lose it all?" Amen, brother and sister, you could. If you're not willing to take the risk, you'll never be rich. I am not talking about this opportunity, I am talking about any opportunity, you have to take risks. Look at… Just research every single wealthy person on the planet. They all took risks. How long was it before Jeff Bezos was even profitable? Like ten years? It was ridiculous. Like for years, he didn't make any profits. No wonder he's the most wealthy man in the world. Because he saw the long term future. Smart man!

18:31   OK. But let's just say a product did fail. The chances of that happening are slim, but if we did that, we would liquidate it. And then we would immediately take those funds and put it into the next product. Now the reason we require a minimum of three products, which means a minimum of $30,000 upfront investment, is because let's just say we, we do this OK, if we have all products in the same category, we can get a discount, that's ridiculously good because it's all coming from the same supplier. We have a team in China. We have a warehouse in Burma. We have… Everything is set up. We have entire teams everywhere set up. We have photographers in New York like it's all set up. So the prices we can get are so much lower than the vast majority of Amazon sellers. It's not even funny. But when you sourced three products from a supplier, your profits get even thicker. And that's really important because this is not going to work unless you are profitable.

19:25   What if I want to take…? What if I want to cash out in three months, Seth? What if I want to like: "OK, this is great! Now let's sell this thing." It's your business. It's your money. You do whatever you want with it. But if that's your thinking, we're not interested in working with you. We're only interested in people who want to grow this long term and big. So if you were to say: "Look Seth, I want to take my money in six months and go." You can do that. You have the legal right. We don't have any clause in the agreement because it's your business. Again, this is not our business, it's yours. But if that's your thinking, that's you're going to make so much less money, it's not even funny. So you can't do this if you're like: "Man, I'm desperate for money and this just has to work or I'm or I'm ruined." Then don't do it. You know, most people out there will not tell you what I just said to you, because again, I am not interested, I'm not desperate for money. I'm not interested in working with people who just send cash up front.  "OK, we're good now." No, no. I'm looking for people with a long term

mindset. I have said no to multiple multi-millionaires with this opportunity because I found them too arrogant to work with. Just being blunt. They didn't know anything about Amazon. They had lots of money to invest and I didn't like their attitude, so I said no. I offended them. Not a big deal.

20:33   OK. Seth, can you explain more in depth what you do for the investor? Yes. OK. First, we open the Amazon seller account for you. If you already have an Amazon account and you're not selling on it and it has a healthy history, we can use that one as well. You would have to give us full admin access to do this. We find a minimum of three products for you. We find a supplier and negotiate prices. We build out your plan of differentiation. We manage product inspection. We ship your products to Amazon's fulfillment center. We get professional photos of your product. But that's a fee you have to pay for, by the way. Because that is a third party type service, the photos. We create, your listings, we launch them, we run PPC ads, all of that.

21:09   Now again, if there's like a product inspection you want us to file for, let's say, a trademark for you or you want us to start Facebook ads or you want us to build a website, those are a la carte services. We can do that as well. Those all have a fee.

21:25   OK, in your experience, what makes this relationship successful in the long run? Great question. After combined decades of business partnerships, there are two things that always comes down to, and I mentioned this earlier. Open communication and transparency about money. Those are the two main reasons people get divorced. Those are the two main reasons any partnership falls apart. It's not the contract. It's not the market. It always goes down to those two things. And that's why we emphasize those upfront.

21:52   Will I get access to the Amazon store? Yes, it's your store. 100%. What if I want to take over the business? You can do that, but just keep in mind, you have to give us a

90-day notice, to be fair. And if we were to pull out, we would the same. Now up to this point, we haven't pulled out of any business relationship because we're really good at vetting our prospects, who we want to work with.

22:11   How much work, Seth, do I need to do? What is my involvement? Great question. You invest and enjoy the profits. It really is that simple. Again, guys look at resources, OK? We're taking our 50 plus combined years of experience, our knowledge and our time. We will never get a refund on that. We're investing it into this bucket. You're investing your money. As you know, you need these to run a business and together, we all make money. That is the goal. The goal is that it becomes 100% passive income and then you can have a 50 plus time or 50 times exit later on when you're ready. Again, we get 15%, though of that, just like we get 15% of the sales revenue.

22:52   Next question. How does the contract agreement work? It's an agreement between your LLC, which we recommend, or you and one of our companies. We own multiple companies. And each company is separate, and it's really important. Again, if those of you guys who are new to business, the more money you make, the more you have to be smart about protecting it. Real net worth is not how much money you make, it's how much money you keep. Well, if you can take two companies, this is why a lot of rich people don't pay taxes. Some people think: "Oh, it's a scam and they're evil. They're…" No, it's ignorance when people say that. They don't understand. So again, Robert Kiyosaki's CPA legal team for their taxes, is my team. They work for us. So I can tell you this 100%. It is based on how you structure your company, that the government gives you massive incentives so you pay less tax because what you're doing is helping the economy and providing more jobs and keeping it going. Moving money brings life and more wealth for everyone. Controlling money from a higher

source is deadly and dangerous for any business and ultimately for any economy. I will stay away from politics, but you got a little taste right there.

23:59   Next question. This is a great question, by the way. Thank you for asking this, guys. Will you be training, mentoring me? Yes, and no. Let me explain. You will learn a ton because you're going to have a front row seat to everything, but this is not a training or a mentorship. As that is much more time intensive. So that would require different pay structure.

24:21   What is the minimum profit margin you will accept when choosing a product? 40%. As I said, look at it this way. If it doesn't, it would be cool if it did. If this mug right here, you guys can see it as well. If this sells for $100, after all the PPC, manufacturing, shipping, FBA, referral, storage costs are out the window, you get $40, we get $15. That's the goal. We go for a minimum, worst case scenario, 40% profit margin.

24:51   How do you justify the 15% revenue share? This seems high. Is this negotiable? No, it is not negotiable. Let me explain why we've been through this enough to know. Let me just give you an example. When we first started this program, we have the idea of doing a 30% net profit share. And I know up front that sounds better because we don't make money unless you make money. And I get that. And that was my original goal. But the more we did it, the more I realize this is a problem. Let me give you an example. Let's say we sell $100,000 worth of these. OK, after month two. And now you have made $50,000, let's just say your profit was $100,000 to keep it simple. When do we get our $30,000? Because that back then it was 30,000 net? If we get it now, there's a problem because that means you have less money to buy the next batch, which means your per unit cost will be greater, which means your margins will be thinner. And it creates this tension. And how do we know when to request that or require that? Do we do it at the launch when you're not profitable? Do we have to wait three to six months for you to

be profitable? Do we… You see what I mean? It gets really diluted. And so what we did is we ran a whole bunch of numbers and we are erring on the side of you making more, than if it was a 30% net margin. It errs on that side. We run it 100 times in every way. The nice thing about the 15% is you can count it as a COGS cost up front. It's done. It's clear you never even have to think about it again. So when we are looking at your product, we're like: "Hey, we want to launch this." And you're like: "Really? Well, tell me the profit margins." Here's what we forecast, and we give you all the numbers, and you still have to give us the green light for us to approve us to do it. When we're looking at that product, you're going to already know exactly how much payment goes to us, to Amazon and everything else. And my favorite answer to this is, look, guys, this again, this took me years to learn. So let me just give it to you. I would so much rather have 10% of a watermelon than 100% of a grape. When you do things with people and combine resources, you can go so much further. And for some of you guys, I know the struggle. I know what it is. You don't have the time you need to really build an Amazon store well, and it's frustrating. You're getting great knowledge. You're getting great training. Just One Dime has helped you, but you need more time. Well, this is our solution to that problem. Why don't we make money together and do amazing things? In long term, let's change the world. There are so many things, so many needs right now around the world that we can meet that other people aren't. I think entrepreneurs have a huge advantage over most people. Because of their versatility. They've had to learn how to suffer. They've had to learn how to survive in really difficult times. And there's something that does to you on the inside. It builds a character, it builds a resilience and it gives you this strength that is just like, unbelievable. So, OK, back to the questions.

27:32   How do you justify the $10,000 fee per product? Great question. So again, it's the $10,000 fee, a minimum of $30,000 upfront investment, let's be clear in that. We have made all the mistakes. We've been doing this for years. You don't have to make the same mistakes. I mean, you can take years to learn what we've learned if you want and you will fall and succeed and fall and succeed. And can you succeed? 100% you can. Absolutely. But what you will lose is years. You will lose time. You can never get back. What we're saying is: "Look, we can get you to the same place that took us years to get to, within months. Or you can take years to get there by yourself. Or you can work with our entire team who are truly experts." Just to remind you guys, I know it sounds like I'm bragging, but it's fun to remind you again, why are we so qualified to do this? When Amazon invited only ten Amazon sellers to give them feedback on how to improve the third party platform they invited me as one of them. They know my Amazon stores, they see my accounts. There are a lot of gurus out there who don't even sell on Amazon. I sell on Amazon. All of our team sells on Amazon. One of the brand builders, did $12 million last year. He is a former Just One Dime student. Now is one of the store contacts for this. Like, think about that. $12 million in a year.

28:45   Second, a very significant car company, BMW reached out to us and said: "Would you build our Amazon store for us?" Third, two countries asked us to train their top entrepreneurs. Two! Two countries said: "Well, Just One Dime train our top entrepreneurs." We are not going to be the cheapest on the market. No way, but you get what you pay for.

29:06   OK! Next question why do you have a minimum requirement of three products up front? As I said before, we want to grow this big. The more products we launch up front, the higher your margins will be. Because we're ordering it all from our same supplier. Again, we have full time staff in China. Guys, we have suppliers that no one

knows about. They're not even on Alibaba. Because we have full time Chinese staff on salary in a warehouse in China. It gives us a huge leg up on the competition.

29:31    How do I know the product will be profitable? Well, first of all, only God could know the future. So again, there's no way I could guarantee you anything. OK? Other than the credibility we spent years building the right way. But having said that, we only launch products that we have done in-depth research on. In categories we sell in. Let me say that again. Categories we sell in. So you're going to become our competitor? No. In fact, my dream is that your products cover the first page. Like we dominate every single product type for that category. Where someone searches it, It's all your products on the first page. So that you make money and we make money together. And again, we do not launch in your product without your permission,  so you can actually see our forecast for profit margins.

30:18    <mark>How long will that take to be profitable? Usually, it's between three to six months.</mark> It's a safe range. Again, guys, we're not interested in people who are looking for short term, quick get rich schemes. We're looking for people who want to grow and learn and do business with us.

30:30    Seth, can you give me a guarantee? No! In fact, I don't mean disrespect by the question, but think about the question you're asking. That would imply that I can guarantee sales and I would have to lie to you to give you a guarantee. I don't want to do that. I will be real with you. Let me use one of my favorite examples. Angel investors. You know what an angel investor is? They invest mill… They have to have like a minimum amount of money to invest. It's in the millions, by the way. Let's just say an angel investor, invest in a new startup. Their chances of it failing are 90%. So if they invest in ten different companies, nine of them are probably going to fail. But the one that succeeds way more than pays for the losses of the other nine. Now, can you imagine

the angel investor going up to the store owner, the entrepreneur, and say: "Hey, I want a guarantee." He'd start laughing. He's like: "Are you kidding?" This is capital. This is the free market. I cannot control what customers do, but they still do it because they make money.

31:35    What criteria do you use to pick a product? The same criteria we teach at Amazon FBA Mastery, the same criteria I use and our team uses to launch our own products on Amazon.

31:42    You call this passive. Nothing is truly passive. OK. First of all, the IRS disagrees with you, son. The IRS disagrees with you. Let me give you an example. Are any of you guys been into real estate? If you are, then you know what is called a passive income entity. A passive income entity is where you are making money, but it doesn't require you to be actively involved all the time. If you buy a property and you rent it out. By the way, I got this from Robert Kiyosaki's team, who works for us. And you rent that property out. Do you know what happens? That's passive income. You don't have… You can have someone do the maintenance, have someone, you know, clean the whatever, mow the grass, whatever, all that you can pay someone to do. You don't have to be there working for them to pay you rent. OK, that is called a passive income entity. This is also a passive income entity for you, not for us. Why? Because we are doing the work. You don't lift a finger. You don't do product research. You don't create the logo. You don't. Now you can give us advice like: "Hey, I like this logo." Of course, we're not going to make any business decisions without your approval. But you're like the director and we're working. We're like the bees and you're like the queen bee or the king bee. There's not such a thing as the king bee. The queen bee. We're all the bees working for you, OK? Our job is to take your money and make you more. That's it. So yes, it is passive income. All right.

33:12   I have answered so many questions. There's a lot more in here, but let me hop over to YouTube and Instagram. So I'm going to go backwards, you guys, if you don't mind, and then I'll get your guys questions on Instagram as well, and then we'll go from there. So here we go.

33:26   How do I learn if you are doing all the work. You have a front row seat, Bridgette, to everything being done, so you're going to learn a lot. But remember, the goal of it isn't to learn the goal of it is to make money. It's kind of like if you invested in stocks and asked Charles Schwab to manage it for you. You could take thousands of hours to learn what they know. Or you could invest and let them grow the money for you. That's the goal.

33:49   Sounds passive income enough to me. I don't see how it would be taken. Yeah, I don't know, either, Nia. Agreed.

33:54   If I already have an Amazon store and a brand registered, could the products you choose stay in the same niche? It depends. Great question, Billy. It completely depends. We will only launch products that we are convinced will make you invest money, but we will not launch a new product without your approval. So if you are married to a niche or a product, I cannot guarantee you we do that. We'll look at it. Absolutely. We'll look at the products and we'll give you our honest advice. And you might be on to something, but I can't guarantee it because at the end of the day, I care less about the products we're launching and more about making money with you. OK, let's keep going.

34:27   Can you give any chance to Pakistani? Of course, we can. It doesn't matter where you are located, Hassan. Guys, I keep getting this question I want to put on a billboard in front of every house, you can sell on Amazon, no matter where you are in the world. We set up the Amazon store for you. We say, here's all the documentation we need. You have to send it. Of course, you're responsible to open your own limited or LLC

company. But we do all the work for you. I know I should have launched this years ago. I agree.

34:54   Seth just made it that work in image of Amazon. I don't know. How the payments look like 15% revenue? Correct. So Sina, great question. Again, if we are selling a product for $100, after the cost of the product and the shipping, after Amazon referral fee, storage costs and FBA fee you get 40%, we get 15%. That's a real life scenario. That's a very common scenario. That's not a guarantee, but it's a common scenario and you send it too. We invoice you. So by the way, guys, the money's going into your bank account, not ours. You're controlling the money. That's how confident we are in this. Like, literally, we're just taking your word that you're going to pay the fees and the 15%. So the money's going into your bank account and we send you an invoice for the 15% and we only do it every three months. So when you launch a product, you have a chance to be profitable first because you cannot in good conscience say: "Pay my 15% and we're still getting the PPC going." See what I mean? Great questions, by the way, you guys.

35:48   Seth, does your service go for the Europe marketplace? 100%, absolutely, Peter. We have multiple people in the UK doing this with us.

35:53   How do you sign onto the program? Click on the link in the description below and fill out the application. Let me explain to you guys how it works. You fill out the application. This is our chance to vet you. This is like a marriage. This is not some silly willy, like, Oh, let's try something. No, it's not. Like we're talking serious business, OK? So we're going to be very serious and we're fun to work with, but this is important. You have to qualify, so you fill out the application as honestly as you can. Our team looks at it. Then we send you an email. When you get an email, we will tell you whether or not we're interested in having a meeting or you don't qualify. If you do qualify, so

far, we give you a link to book a meeting with our team and we ask you a ton of questions. We need to understand you. More important than just, you know, how much excited you are to get ready for this. We want to know what kind of person you are. Because some people make great business partners and some people really suck, and I'm just being honest. Additionally, it gives you a chance to ask us questions anything you want to know. You have a full right to know because you're investing your money. If we still like each other and you're still approved, then we would send you an agreement. Then you are the upfront fee. It is due upfront and then we begin the work. All right. So again, click on the link below and the YouTube channel. Guys on Instagram, if you go to just YouTube.com/justonedime, you'll see it right there. And you can apply.

37:16   You are the best, Seth, God forbid, but if you or your company folds, do you hand it over to me? So here's the thing, guys, something I've learned from Robert Kiyosaki's team has been so helpful to us. We have multiple companies and we do that for liability. I learned something so cool the other day. This is nothing to do with Done For You, but I have to share it with you guys and I hope you like it. You ready? So here's something you can do. If you make a lot of money and someone comes along and, I mean, there are lawyers whose full time job is to find wealthy companies with high risk products, find a dissatisfied customer and say, "Hey, I'll represent you in court. Let's go sue their ass." So they can make money. It's disgusting, but it's true. It's how the world works. It's part of that sad side of capitalism. Oh well, let's bring it on. What you can do is Company A is a holding company. Company B does the work. Company A, let's say they have camera equipment, they own the camera equipment, they lease it to Company B. You with me? So if Company B gets sued, Company B, if the lawsuit is won by the person, I think they're called the plaintiff, if they win, guess what? They don't get the

camera equipment. Why? Because it's owned by a different company. Isn't that crazy? You do the same thing with trademarks, patents. I mean, that's why Google is not owned by Google. It's not owned by those two dudes. It's owned by Alphabet. Same reason. Apple, why is all their IP in Ireland? Same reason. I mean, they get sued all the time. All right!

38:37   Does the fee include shipping to Amazon? No. Mindy, the fee, the $10,000 fee does not include anything to do with the product. That's you saying: "Here's the fee. I'm paying you guys to do the work." You still have to pay for the product.

38:53   I'm on a mission, I saved my cash for an opportunity like this, if you have more money than you do, time, this is ideal. I'm in. The goal is to have more free time to enjoy my life. That's awesome, Christine. Christine, make sure you click on the link in the description below. Fill out the application so our team can look at it.

39:07   Jeff Perry, what's up? What is the sales price of the three products we launch on average? $100. Between like $60 and $130. And just so you know, Jeff, some of these products, we've already research and ready to go, some, we're still researching. Like we have entire… We have research teams. We have photography teams. Everything is set up.

39:24   Are we able to launch a separate product on our own besides the ones you'll be running using the same seller account? Great question, Louise. And the answer is no. The reason the answer is no is the accounting becomes... Remember, I said the two most important things for this relationship are being transparent about money and good communication. When if the accounting becomes very muddy and befuddled and we won't even go, that's too risky. So if you already have an Amazon store and it's going really well, we will open, you are going to like this. We will open a second Amazon store for you. We know how to do it so that it has zero connection to your current Amazon store. It's true.

You can open a second Amazon store. It is fully accepted by Amazon now. There's no… There's nothing against TOS and Amazon to keep you from opening a second Amazon store. But the way we do it is on a server you have full open access. And we do it on a server so the Amazon cannot connect it to you. So that just for some reason, if your current store fell, like it got suspended, the other store doesn't get suspended, too. See what I mean? It's the same idea as holding companies. You need separate entities to protect your assets. Great question, man.

40:29   What's up, Prophet Business guru? What about you having 30% profit for 15? I'm not going to do. As I said, it's just it's not worth it. It's not worth it to you. You end up making less money and it creates a headache in accounting, and it's much harder to decide when we pull that money out. It's 15%. It's not negotiable.

40:45   Is there a recording of this presentation? Brant, yes, it's right here on the YouTube channel.

40:49   Seth, what is the time frame from the time applicant gives you $30K to the day store gets launched? We move got off as fast as we can. So we move as quickly as we possibly can. Like, I can't give you an exact time, like when that happens, but we move quickly, so you have to send in the documents. We fill those out. I mean, opening an Amazon store can take a week. It could take four weeks. It completely depends on your previous Amazon store status.

41:13   Imagine if you pay the $30K, but then Amazon doesn't approve your account. So again, like I said, your documentation is yours. If your documentation is above board, everything's legal, there's no reason they wouldn't. Guys, I could win an award for how many accounts I've opened and had suspended and every single one I got back. So like, we're good at this. We know what we're doing. And again, we'd work with you. We're not jerks. We're not like, OK, good bye. Screw you.

41:40   How about post China debacle? What will the manufacturing scenario just think…? Yeah, absolutely. So Amitesh, great question. We have people, contacts who are interested in helping with getting sourcing in other places like India and Mexico. Again, we treat it on a case by case basis. Up to this point, there has been no issue for me and my team sourcing products from China other than when shipping slowed down due to corona. I mean, Amazon was more difficult than China when it came to corona because they were not allowing a certain number of products to be shipped in, or they were taking forever to ship them out. And so we went FBM on some of our products. Again, we treat on a case by case basis for entrepreneurs. We're not stuck on one country.

42:19   So small time people have even less opportunity for profit. I know, absolutely agreed. It's more than $30K you have to buy the product. So in all fairness, you have about $50K. Correct. And as I said, Gaurav, that's exactly what I said. You have $30K is the minimum fee required to get in. We have some people who don't have enough to launch the product and therefore we allow them to launch it as they have the money. And that's why I said each product, a very safe range, is five to $10,000 per product.

42:44   How a product categories decided agreed on?  Based on where we make the most money and the profit margin is strongest.

42:49   Do I have to find a product idea? No, we do it all for you. Reminds me of the quote from The Wolf of Wall Street. I asked my client to judge me on losers, not winners, because I have so few. That's really good. I love that. All right. OK, cool. What I'm going to do, guys. These are great questions. I'm an answer a few more here. Then I'm switching over to Instagram to answer you guys questions. OK, I want to make sure everything you need to know is answered. By the way, guys, let me just share something with you. The most interesting thing about this to me is the network, the army of entrepreneurs that are going to grow out of this, that is going to be astounding. Thinking

about what we can do long term as a network of entrepreneurs around the world, like we are so freaking multicultural we never even tried to be. I never tried to be politically correct and make sure we have every kind of race. I don't do that. I just, let's love people and be real. And the rest takes care of itself. It's amazing. Like, I just… I'm mind blown where this can go as we build out these networks of people. I mean, when we go to Columbia, we have a bunch of people down there, we're going to be meeting. When we go to Mexico, it's crazy, I'm taking my family and a quick vacation to Mexico in two weeks, there are people in Mexico who are doing this with us. We get to meet up with them, and do life with them, and they're sharing real estate opportunities with us. Can you imagine as it together what we can do? It blows my mind.

44:07   Seth, who takes care of the tax, you or me? It's a great question, Peter. Same thing with sales tax, by the way, guys, a sales tax training is about to come out. And I promise you, sales tax in the U.S. is way more complicated than in Europe, I swear. Even Dan Rogers would agree with me on this. And he is in Europe, and he knows that very well better than I do. You have to pay for all your taxes. It's your business. 100%, all in you. Your income tax, your sales tax. However, we show you how to set it up so that you succeed. So we show you all the steps. So you're not sitting there wondering: "Oh, how do I do this?" We set it up, so it's as automated as possible. You need a good CPA to take care of that.

44:44   Can you share if investors should open one store or multiple stores in this Amazon business? Gaurav, great question. It depends. You can absolutely open multiple Amazon stores with Amazon's permission. We recommend that you do it through a server to several steps you have to take. So Amazon doesn't connect them. That way, if one went down, the other one still stands. It depends on your capital. If you have

enough capital to launch two stores, then have two stores and keep them separate. See what I mean? That way, they're independent of each other. Great question.

45:13   Can you make any money when you have your product made in the USA? Absolutely, you can. It depends on the product, but right now we're sourcing from China.

45:19   Will you tell us how to apply? Click the link below.

45:21   Basically, you have to be financially stable to do this. That's one way to look at it, Alex. Another way to look at it that's true is this: you need money on the side that you are not married to. OK? And again, I mean this respectfully, guys, just it wasn't many years ago, I struggle with this concept, but listen, hear me out. Gaurav, you know this concept because you've been in business for a long time and I respect you for it. When you have money, you have to look at it like a tool. Like, look, here's my… What's his name, guys? The guy that made the quote: 'Live like no one else so that someday you can live like no one else'. Dave Ramsey. Same thing. Look at your money as a tool that works for you instead of you working for it. If you just look… And I'm not saying you're doing this man. Not at all. I'm just trying to help everyone understand. If you just look at money is what I make and what I spend, what I make and what I spend, you always stay in that lower and middle class level. You want to think in the upper class, the higher the wealthier people. And how do you do that? You take money and you put it aside. This is why I started with the dime. I knew I had to train myself on a small amount and learn to be faithful with a little before I could be faithful with much. And by God's grace, now I have much. And it has given me more options. But I had to start and learn how to be faithful with little. And you wonder you guys won't know where the real key came from? Was it because I was business savvy? Nope. Was it because I had great training? Nope. Was it because I was a certain age or had certain parents? Nope. You wonder to what helped me the most? I had to take ownership for my crap. I had to

change on the inside. That's what made me to be able to start being successful because success always starts on the inside. It has nothing to do with your bank account. It has to do with your heart. All right.

46:56   Next question on here. Would it be wise to use business credit to start? Yes, many people do this. You can do this. It's completely up to you. It's a legitimate business investment. Again, if you compare the ROI and the profit margin doing this compared to any other of the investments out there in the world, I challenge anyone to show me one that is higher except for angel investing. But then again, your fail rate is like 90%. So that risk is super high. The opportunity right now is insane because Amazon's doing this, it's going up. That's why now's the opportunity.

47:30   Let's see. Does this only apply to Amazon U.S? All Amazon locations, Jermaine.

47:35   Will you be selling only in North America? We will start there, John, because that's where you get the most value.

47:40   So you don't see the link? I'm looking at it right now. If you look at the YouTube video below it, just click on show more, you're going to see it. Or maybe our staff can move it to the top. OK.

47:50   Let's see. $60K Max total for three products. Yes, Sasa. Correct.

47:55   Fred. I've been speaking to Seth for a week. I believe in him. The program, we signed the contract ceremony and today I'm seriously excited. Fred, we are honored to have you on the team. We take this seriously and it is my hope that we can grow wealthy together. So thank you for that, brother. I appreciate it.

48:08   How much does it cost to join? A minimum of $30,000, as I said.

48:11   Would you should consider some special cases for South Asia? We don't have much to invest. $5000 is the max I can do. I'm really interested. Assam, I understand what you are saying 100%. But let me tell you something, if your initial investment is too low,

you won't make money. Certain industries, certain models, they have to be set up. There's a minimum investment, not only to make it worth our time because I tell you guys the $30,000 is a drop in the bucket compared to what we can make together long term. But it has to be high enough to break into the market to get a margin. Like you don't have enough with that much to even get the products you want at that ticket to get the profit you need. You see what I mean? So if I was in your shoes, what I would do? Get FBA mastery. Justonedime/freedom. Follow the training step by step and do as I started. Build at your own. It will take you a lot longer. Yes, but if that's where you're at, there's no shame in that. That's what I would recommend, my friend.

49:03   No problem, Fred. Do you set up branding or is that on us? Joel, we do on Amazon. If you want us to do this on Pinterest, on Instagram, if you want us to run Facebook ads, we do it all. We can do that. But that would also be for an additional fee and we would tell you up front and explain it and everything.

49:18   After the three products, is it 10,000 per product? Yes. Prochutes, it is. Great question! By the way, Amazon just reported blowout earnings yesterday. Stock trading all-time high. I know it's crazy, Gudolf. You know what I love about Jeff? OK, Jeff Bezos way back when he first thought about starting an online bookstore, his boss took him on a walk. Jeff worked on Wall Street. He was really good, too. He moved up to VP Fast, He was very smart. And on their walk for an hour, after Jeff shared his whole idea, his boss said: "I think this is a great idea, but for someone else." And Jeff went home and he thought about it, and you know what made him make this decision to start Amazon? He reverse engineered. He said: "If I imagined myself 20, 50, 78, when I'm 80 years old and I look back, will I regret that I didn't at least try?" Because he was tempted to stay at his Wall Street job. You know why? Because he was going to get a bonus. If you leave six months through the year, you don't stay to the end, you lose your bonus.

And it was a big chunk of money for him and his wife at that time. And he asked himself this question. He said: "If I wait until I'm… If I fast forward to 80, I'm 80 years old and I imagine I didn't take this opportunity. Would I regret it?" And he did that so that that bonus coming up wouldn't blur his wisdom. And his answer was yes, I would regret it. And so he left his position. He didn't get the bonus and he started a bookstore. And to think of where he is today, because he thought that way. That is wisdom. You ask, where do I want to be 50 years from now, 30, 40 years from now? What decisions would I regret? Even if he failed, he said he still would have preferred to try and fail than not try at all. Because the greatest regret is not failure. The greatest regret is not trying. All right.

51:14   How much are the fees on average for pro picks and inspections? Great question. At the lowest for photography, you're looking at $800 at the highest $5000 on average, $1500 is very safe. For an inspection, $200, $300, $400, it's in the $100 range.

51:30   How long is the program going to be running? We close it in two weeks from today.

51:35   $30,000 is too high, when converted to Indian rupee. So is there a different model for different countries? There is not. Abhiman, I'm sorry because we're selling in America. It has to match that model, but I can tell you this we have very many… A very good percentage of Indians, people in India or people in America or people even UK who are from India, who invest. In fact, if I just give me a second as I think through it, other than the U.S., the greatest percentage of people who have decided to join us on this are from India or living in India. If that gives you any motivation at all.

52:08   Do you need to have a legal entity to join this program? Mandy, it is ideal to. You don't have to, but we recommend it, especially for opening a separate Amazon store for you, it needs to be under the LLC, not under your name or Social Security.

52:22   For how long do three products last? I mean, any product can stop. Absolutely great question, Hassan. I don't… I can't tell you. Like it depends on the product. The kinds of products we look at are ones that have a long shelf life, so you should be ideally looking for years for product to last. If it doesn't, we reassess. We pivot. We grow it with you.

52:40   What if the net profit is less than 50%? Then all of the money goes to you guys. We won't do that, Sina. If we did that, we have to change something. Something's wrong. Like that wouldn't make sense. I will not sacrifice my credibility that's taken years to build for a measly few dollars. And this is just a few dollars compared… Because you can lose your credibility in five minutes, but it takes a lifetime to build.

52:59   OK, cool. Guys. I hope this has been extremely motivating and helpful to you. Remember, if you click below the link, you can apply. This closes two weeks from today. This is not some marketing move. It will close. You'll get an email on it if you're on an email list. I'm really looking forward to this. Guys, remember there are three things we're looking for; people who are fun to work with, people who have capital to invest and people who think long term. Those create great business relationships. And guys only do this based on where you want to be in the future. Don't do it because I might be a convincing person. Do it, if you think, where do I want to be five years from now, ten years from now? Where do I want to be? If I could take money, if someone came to me years ago and said: "Seth, take this money, look at the return rate, look at the success rate of these guys, put it into this investment, let them grow it for you. And later you could learn it too if you want." I would jump at that opportunity. No one, like one of the guys said no one gave me this opportunity when I started. I had to learn the hard way. I had to learn all the steps of doing it to build it right.

54:09   So if you want us to work with you and grow you, we will treat every penny you invest in us, we will treat it like gold. You know why? Because I know what it's like to be broke. I know what it's like to be $24,000 in debt, walking around Austin, doubling a dime, approaching random people with this crazy dream. Well, my marriage is falling apart, even my wife's dog didn't like me. I know what it is like to suffer and to have little. And that's why I have great respect for those of you guys who moved to America or came here, you were broke and you just built yourself up. You get that. That's the kind of people I'm looking for. I'm not saying you have to have started broke from New York. I mean, that mindset that comes with it, that appreciation.

54:48   My wife would… We practically live off of coupons just to have enough food to eat. And I will never lose that because that's a fire in my heart. That's what gives me the zeal.  At the end of the day, I'm looking for people who want to grow with us. Will you change the world with me? That's my… I'll close with this guy: "Will you change the world with me?" That's my last question to you. You guys have an awesome day.