UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 26 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| MICHAEL OAKES §<br>  *Plaintiff* §<br>v. §<br> §<br>JUST ONE DIME COACHING, LLC, d/b/a §<br>DONE FOR YOU BY JUST ONE DIME, d/b/a §<br>VERITUS A SERIES OF EMBUE, LLC; DANILO §<br>VARRIALE; and TRAVIS S. KNIEP §<br>  *Defendants* § | Case Number:<br><br>1:22-CV-01045-LY |

## TEMPORARY RESTRAINING ORDER WITHOUT NOTICE

After considering Plaintiff Michael Oakes's application for a temporary restraining order without notice against Defendants Just One Dime Coaching, LLC, d/b/a Done for You by Just One Dime, d/b/a Veritus a Series of Embue, LLC; and Travis S. Kniep (jointly "TRO Defendants"[1]), as well as the pleadings and affidavits, the Court FINDS as follows:

1.  Plaintiff Oakes will likely suffer the following immediate and irreparable injury, loss, or damage from the inability to collect any money judgment issued by this Court due to Defendants' alienating or secreting funds or taking on substantial new debt.

---

[1] Defendant Danilo Varriale was not included in the Application or this Order.

2.  This injury would be irreparable because a monetary judgment is the only way in which Plaintiff Oakes can be made whole in this case.

3.  There is good cause to believe that, if the Court denied this temporary restraining order, TRO Defendants' funds and assets from the improper activities described in Plaintiff's Original Complaint (herein the "Complaint") would be misappropriated, wasted, or otherwise used to the detriment of Plaintiff and other investors in TRO Defendants' various enterprises. Furthermore, there is good cause to believe that TRO Defendants would secrete, transfer, move, or otherwise alienate property or funds or take on substantial new debt before a hearing can be held, thereby leaving insufficient funds to satisfy the relief that might be ordered in this action.

4.  TRO Defendants, their officers, agents, servants, employees, and attorneys, and all persons acting in concert with them are restrained from making any payment or expenditure of funds that are not in the ordinary and necessary course of day-to-day operations (including charges on any credit card or draws on any other credit arrangement) pending a showing to this Court that they have sufficient funds or assets to satisfy all claims arising from the violations alleged in the Complaint. Further, any bank, trust company, broker-dealer or other depository institution holding accounts for or on behalf of TRO Defendants shall make no transactions in securities (excepting liquidating transactions necessary as to wasting assets) and no disbursements of funds or securities (including extensions of credit, or advances on existing lines of credit), including the

honoring of any negotiable instrument (including specifically, any check, draft, or cashier's check) purchased by or for TRO Defendants, pending further order of this Court.

5. To effectuate the provisions of Paragraph 4, above, Plaintiff Michael Oakes may cause a copy of this Order to be served on any bank, savings and loan, broker-dealer or other financial or depository institution either by United States mail or by facsimile, to restrain and enjoin any such institution from disbursing funds, directly or indirectly, to or on behalf of the Defendants, or any companies or persons or entities under their control.

6. TRO Defendants are restrained and enjoined from destroying, removing, mutilating, altering, concealing, or disposing of any of their books and records or any documents or online postings relating to the matters set forth in the Plaintiff's Complaint.

7. The clerk to issue notice to TRO Defendants Just One Dime Coaching, LLC, d/b/a Done for You by Just One Dime, d/b/a Veritus a Series of Embue, LLC; and Travis S. Kniep that the hearing on Plaintiff's request for preliminary injunction is set for the 9th day of November, 2022 at 9:30 a.m./~~p.m.~~ in Courtroom No. 7 of the Honorable Lee Yeakel, located at 501 West 5th Street, 7th Floor, Austin, Texas, 78701.

8. Plaintiff is to post bond in the amount of $ 1500.00.

9. This Order will expire on November 9, 2022, at 10:00 a.m.

SIGNED on October 26, 2022 at 10:00 a.m./~~p.m.~~

_____
JUDGE LEE YEAKEL

APPROVED AND ENTRY REQUESTED

_____
Rain Levy Minns Udall
Texas Bar No. 24034581
Minns Law Firm, P.C.
d/b/a Rain Minns Law Firm
4412 Spicewood Springs Rd., Suite 500
Austin, Texas 78759-8583
Tel.: 512-372-3222
Fax: 512-861-2403
rain@rainminnslaw.com

ATTORNEY IN CHARGE FOR
PLAINTIFF MICHAEL OAKES