UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL OAKES,<br><br>    *Plaintiff*,<br><br>v.<br><br>JUST ONE DIME, LLC; JUST ONE DIME COACHING, LLC d/b/a DONE FOR YOU BY JUST ONE DIME; VERITUS TEXAS ONE, LLC, f/k/a VERITUS A SERIES OF EMBUE, LLC; ACTONICUS TEXAS ONE, LLC, f/k/a ACTONICUS A SERIES OF EMBUE, LLC; JOSIAH KNIEP; KIMBERLY KNIEP; DANILO VARRIALE; and TRAVIS S. KNIEP,<br><br>    *Defendants*. | Civil Action No. 1:22-CV-01045-LY |

**DEFENDANTS JUST ONE DIME COACHING, LLC
AND TRAVIS S. KNIEP'S ANSWER**

COMES NOW, Defendants Just One Dime Coaching, LLC and Travis S. Kniep ("Defendants"), and file this Answer, General Denial, and Affirmative Defenses in response to Plaintiff's Original Petition. Defendants show the Court as follows:

### I. General Denial

1. Defendants deny all of the allegations in the complaint as authorized by Federal Rule of Civil Procedure 8(b)(3).

### II. Affirmative Defenses

2. Defendants assert the following affirmative defenses to the claims filed by Plaintiff:

    a.    Plaintiff's claims are barred because Plaintiff agreed to arbitrate.

    b.    Plaintiff's claims are barred because Plaintiff fails to state a claim upon which relief may be granted.

    c.    Plaintiff's claims are barred because Plaintiff has unclean hands.

3.    Defendants reserve the right to amend this answer and assert additional defenses as the facts of this case warrant.

### III. Prayer

For these reasons, Defendants pray that Plaintiff take nothing by this suit, that all relief requested by Plaintiff be denied, and award all other relief to which Defendants are entitled to at law or in equity.

Respectfully submitted,

Dated: November 15, 2022

SUSMAN GODFREY L.L.P.

*/s/ J. Hoke Peacock III*
J. Hoke Peacock III
Texas Bar No. 15673980
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: 713-651-9366
Fax: 713-654-6666
tpeacock@susmangodfrey.com

Krysta Pachman (pro hac vice)
California Bar No. 280951
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
kpachman@susmangodfrey.com

Counsel for Defendants

11096671v1/017565

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record by method indicated below on the 15th day of November 2022 in accordance with the Texas Rules of Civil Procedure.

via email
Rain Levy Minns
Rain Minns Law Firm
4412 Spicewood Springs Rd., Suite 500
Austin, TX 78759
rain@rainminnslaw.com

                                                                                                 */s/ J. Hoke Peacock III*
                                                                                                 J. Hoke Peacock III
                                                                                                 Counsel for Defendants

11096671v1/017565