FILED

22 NOV 18 '' 3:08

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL OAKES | § | |
| *Plaintiff* | § | |
| | § | Case Number: |
| v. | § | |
| | § | 1:22-CV-01045-LY |
| | § | |
| JUST ONE DIME, LLC, *et al.* | § | |
| *Defendants* | § | |

## ORDER ON
## AGREED MOTION FOR EXTENSION ON PLAINTIFF'S RESPONSE TO
## DEFENDANT DANILO VARRIALE'S MOTION TO DISMISS

After considering the relevant parties' Agreed Motion for Extension on Plaintiff's Response to Defendant Danilo Varriale's Motion to Dismiss, the Court hereby GRANTS the motion and extends the Plaintiff's deadline for responding to Defendant Danilo Varriale's Motion to Dismiss to December 5, 2022.

SIGNED ON the _____ day of November, 2022.

_____
JUDGE LEE YEAKEL