IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MICHAEL OAKES**<br><br>**Plaintiff,**<br><br>v.<br><br>**JUST ONE DIME, LLC, et al.**<br><br>**Defendants.** | Civil Action No.  1:22-CV-01045-LY |

### [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

By stipulation of the parties (herein Plaintiff Michael Oakes and Defendants Just One Dime, LLC; Just One Dime Coaching, LLC d/b/a Done For You by Just One Dime; Veritus Texas One, LLC f/k/a Veritus a Series of Embue, LLC; Antonicus Texas One, LLC, f/k/a Actonicus, a Series of Embue, LLC; Josiah Kniep; Kimberly Kniep; and Travis S. Kniep) and the Court's finding of good cause, the hearing date for Plaintiff's motion for a preliminary injunction is re-set from November 21, 2022 at 10:30 a.m. to December 6, 2022 at 9:30 a.m.  The initial temporary restraining orders with respect to Defendants Just One Dime, LLC; Just One Dime Coaching, LLC d/b/a Done For You by Just One Dime; Veritus Texas One, LLC f/k/a Veritus a Series of Embue, LLC; Antonicus Texas One, LLC, f/k/a Actonicus, a Series of Embue, LLC; Josiah Kniep; Kimberly Kniep; and Travis S. Kniep that were issued on November 9, 2022 shall be extended until December 6, 2022 at 10:00 a.m.  Such order shall be without waiver to any claim or defense any party may raise.

11108430v1/017565

IT IS SO ORDERED.

DATED: _____          _____
                                                                                            Hon. Lee Yeakel
                                                                                            United States District Judge

11108430v1/017565