# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MICHAEL OAKES §<br>*Plaintiff,* §<br>v. §<br> §<br> §<br>JUST ONE DIME, LLC; DANILO VARRIALE; *et al.* §<br>*Defendants* § | Case Number:<br>1:22-CV-1045-LY |

## JOINT STATUS REPORT OF THE PARTIES

Per this Court's May 8, 2023 Order (doc. 59), the Parties have the following Joint Status Report:

The Parties do not yet have any status changing developments to report to the Court at this time, and consent to the continuation of the stay for a further 30 days.

Respectfully submitted on this 3rd day of July, 2023.

| /s/ Rain Levy Minns Udall | /s/ Carl "Bo" Dawson |
|---|---|
| Rain Levy Minns Udall | Carl "Bo" Dawson |
| State Bar No. 24034581 | State Bar No. 05599100 |
| Minns Law Firm, P.C. | Ryan & Dawson |
| d/b/a Rain Minns Law Firm | 770 South Post Oak Ln, Ste. 600 |
| 4412 Spicewood Springs Rd., Suite 500 | Houston, Texas 77056 |

Austin, Texas 78759-8583  
(512) 372-3222  
rain@rainminnslaw.com

ATTORNEY IN CHARGE FOR  
PLAINTIFF MICHAEL OAKES

(713) 960-1555  
cdawson@rdlaw.cc

COUNSEL FOR DEFENDANT  
DANILO VARRIALE

/s/ Gerard Bifulco  
_____  
Gerard F. Bifulco  
State Bar No. 24130269  
Tim Cleveland  
State Bar No. 24055318  
Cleveland Krist PLLC  
303 Camp Craft Road, Suite 325  
Austin, Texas 78746  
(737) 900-7103  
gbifulco@clevelandkrist.com  
tcleveland@clevelandkrist.com

COUNSEL FOR DEFENDANT  
TRAVIS SETH KNIEP

And non-party counsel for the bankruptcy trustee in the Chapter 7 bankruptcy of Just One Dime Coaching, LLC, Case No. 22-10783-tmd, in the Western District of Texas, Austin Division:

/s/ Jay Ong  
_____  
Jay Ong  
State Bar No. 24028756  
Munsch Hardt Kopf & Harr, P.C.  
Hartland Plaza  
1717 West 6th Street, Suite 250  
Austin, Texas 78703  
(512) 391-6124  
jong@munsch.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via the Court's CM/ECF system on the 3rd day of July, 2023.

/s/ Rain Levy Minns Udall
_____
Rain Levy Minns Udall

ATTORNEY IN CHARGE FOR
PLAINTIFF MICHAEL OAKES